IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

ASSOCIATION OF EGYPTIAN-AMERICAN
SCHOLARS, INC., MOHAMED ATTALLA,
MOHAMED HEGAB, ALY MANSOUR,

                                                ORDER

                Plaintiffs,

                                                09-cv-772-bbc

     v.

LOFTI GERIESH and
MAHMOUD FAWZY WAGDY,

                Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

This case was filed on December 23, 2009. As of today, July 22, 2010, the docket

sheet does not show any evidence that plaintiffs have served Lofti Geriesh, although more

than 120 days have passed since the complaint was filed. Under Fed. R. Civ. P. 4(m), the

court is required to dismiss the action against defendant Geriesh without prejudice or order

that service be made within a specified time. Since plaintiffs have had a least 210 days in

which to make service and were warned explicitly about the need for prompt service by the

magistrate judge at the April 14, 2010 telephone conference, I am not inclined to give them

more time in which to accomplish service. I will dismiss the complaint against defendant

1

Geriesh unless, by July 30, 2010, plaintiffs can show good cause for their failure to serve this defendant, describing in detail the dates and nature of the steps they have taken in this respect.

ORDER

IT IS ORDERED that plaintiffs Association of Egyptian-American Scholars, Inc., Mohamed Attalla, Mohamed Hegab and Aly Mansour may have until July 30, 2010 in which to show good cause for their failure to accomplish service on defendant Lofti Geriesh..

Entered this 23d day of July, 2010.

BY THE COURT:
/s/
BARBARA B. CRABB
District Judge