IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

ASSOCIATION OF EGYPTIAN-AMERICAN
SCHOLARS, INC., MOHAMED ATTALLA,
MOHAMED HEGAB, ALY MANSOUR,

                                                  ORDER

                  Plaintiffs,

                                                09-cv-772-bbc

    v.

LOFTI GERIESH and
MAHMOUD FAWZY WAGDY,

                  Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

      This case is set for an evidentiary hearing on July 29, 2010.  Counsel for defendant Wagdy has written the court to say that his client will be unable to be present on that date as he is traveling outside the country and will not return until late August, at which time counsel will be immersed in preparation for a lengthy criminal trial.

      In a telephone conference on Friday, July 23, 2010, counsel agreed that, rather than set over the evidentiary hearing until October, the plaintiffs will go forward on July 29, 2010, as scheduled.  Plaintiffs can adduce any evidence they have that would support the exercise of jurisdiction over defendant.  If they fail to make the showing, the case against

defendant will be at an end in this court. If they can make a showing, I will continue the hearing to give defendant Wagdy an opportunity to be heard in opposition after he has returned to this country, but no later than October 7, 2010.

Counsel for defendant Wagny asked for and was granted permission to appear by telephone at the July 29, 2010 hearing.

Entered this 23d day of July, 2010.

BY THE COURT:
/s/
BARBARA B. CRABB
District Judge

2