# COURTROOM MINUTES
# TRIAL/EVIDENTIARY HEARING

DATE: _____ DAY: _____ START TIME: _____ TOTAL HOURS: _____

JUDGE/MAG.: _____ CLERK: _____ REPORTER: _____

PROBATION OFFICER: _____ INTERPRETER: _____ SWORN: YES     NO

CASE NUMBER: _____ CASE NAME: _____

**APPEARANCES:**

PLAINTIFF(S):           _____        DEFENDANT(S):           _____

                                        _____                                                                _____

                                        _____                                                                _____

**PROCEEDINGS:** _____
_____
_____
_____
_____

| **PLAINTIFF(S) WITNESS** | **DEFENDANT(S) WITNESS** |
|---|---|
| 1. _____ | 1. _____ |
| 2. _____ | 2. _____ |
| 3. _____ | 3. _____ |
| 4. _____ | 4. _____ |
| 5. _____ | 5. _____ |
| 6. _____ | 6. _____ |
| 7. _____ | 7. _____ |
| 8. _____ | 8. _____ |
| 9. _____ | 9. _____ |
| 10. _____ | 10. _____ |

**PLAINTIFF(S) DISPOSITIVE MOTION(S)**

1. _____     GRANTED     DENIED     U/A
2. _____     GRANTED     DENIED     U/A
3. _____     GRANTED     DENIED     U/A

**DEFENDANT(S) DISPOSITIVE MOTION(S)**

1. _____     GRANTED     DENIED     U/A
2. _____     GRANTED     DENIED     U/A
3. _____     GRANTED     DENIED     U/A

_____
_____

1ST BREAK _____ RESUME _____ 2ND BREAK _____ RESUME _____

3RD BREAK _____ RESUME _____ 4TH BREAK _____ RESUME _____

ADJOURNMENT _____